**Exhibit A to the Complaint**

**Location:** Morrisville, PA  **IP Address:** 72.78.81.82
**Total Works Infringed:** 89  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F70E9D5482CF748A69680C9D47ED49A6B1F3FB68<br>File Hash:<br>714F9DD60AA32809AC02160BFD284FE16B624FDC1AAB759AC4D5FDE85BEBB9FD | 11-01-2023<br>03:00:07 | Blacked | 10-07-2023 | 10-18-2023 | PA0002435291 |
| 2 | Info Hash: 2A3E16486F3957D77B2F1A800AC14318046022B2<br>File Hash:<br>845EE9836073953BE23AC83F9A6A05B95F214544EEED1A26969C36D4B5E66DB0 | 11-01-2023<br>02:59:51 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |
| 3 | Info Hash: CE4034F5B5C08E396B1E2BE1668C70656AB27B81<br>File Hash:<br>0407B3F5FC574A60455A32ABB28B169AC357E460C967631BCBDBD0E6742951C6 | 11-01-2023<br>02:57:00 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 4 | Info Hash: 5A4E073E87F38F2C0D42AA26B1476210E4539CCB<br>File Hash:<br>055B299D8922314759E8F8344246885D13F17AF5BE062CB7661B6CAC3D6C349E | 08-01-2023<br>14:05:49 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 5 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash:<br>967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 08-01-2023<br>04:19:12 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 6 | Info Hash: 86F66EFB32F4F3D5938AC635BC15B254E8116C94<br>File Hash:<br>A01157A034A907BB754E80BE3B0B7D048213B28690F7492D2A9EE37C7110727A | 07-23-2023<br>06:36:07 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 7 | Info Hash: 2FFB9DE0E862512561CCC97D6CB46B34A9BDDD1C<br>File Hash:<br>F27CD8C6550D77F030642F886F350B8B036A6AEEB19FC448E75465389CF04C08 | 07-23-2023<br>01:29:31 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 8 | Info Hash: B9439DD9BBD20DF76D1416C7457A4935D402C0E5<br>File Hash:<br>05C4EB9A6E77F1C3A7FC9260F94E67609F4875E3313669657EDF0B4DF5E9C6A3 | 07-22-2023<br>21:58:12 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 9 | Info Hash: D523C54C740943730D2C4F09DD92F4218F1CA7D1<br>File Hash:<br>F885109D4F39C2E1ADD8A753F6A6C9A618CD813F2471C91070DFCEA332C5C63F | 07-22-2023<br>21:51:07 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 10 | Info Hash: 67BABAB33E8E5503F48F6BDAE825C8A13991D837<br>File Hash:<br>AD8A3A62D98CD4DCDE790EAA05D9CBE0F7C11713B43F3F1134E742A4FB63219F | 07-22-2023<br>21:36:46 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 11 | Info Hash: 2D1F93A12D9C1A70C9D7CCB260285AD15520CD5E<br>File Hash:<br>90608B34C1963992DEB1433847B5D40ED45D451CFA3156146B10C84EFB87F424 | 07-17-2023<br>01:47:49 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7562BAAB8FA30DF2D6DF805AC7F46BA2EF2E5AAA<br>File Hash: 7DD326A00A48F6476053C2CABCFA260CBAA6E8282C1BD8EFC9D5346963052368 | 07-05-2023 04:40:46 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 13 | Info Hash: 60589ECFFD30320A5C7B902DF5093ABBCE87C1E5<br>File Hash: 5A34D10C36BB015A8DC1DC8C9FDC6E71B94610218D23B83BAA9D5B6E79CBED80 | 05-29-2023 06:27:33 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 14 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash: 654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 05-29-2023 04:50:25 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 15 | Info Hash: 252AAC7D5C126BE70A6A49FA5873F21AF53D1142<br>File Hash: C4FEFE8505150322965B67DDBAAD5349F67897B01E4309ED46911748762A3577 | 05-29-2023 04:43:42 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 16 | Info Hash: 7EC7FDECB78B1ED7F2C587526C6E4650A37AA85D<br>File Hash: 7140335D03E5BFA20CD78E959D8D2D2DEE0A4F5F1CC508B9ED02D7B9146D1113 | 05-25-2023 03:21:23 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 17 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash: E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05-17-2023 04:57:36 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 18 | Info Hash: D6E102DB48A3BCCEECFB002F367B1102D77A5C60<br>File Hash: 5CD3CAC9CAEF908638D04C3E6700317B65BD7EDAFA7726A4636FEE8B6F65624D | 05-17-2023 03:07:33 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 19 | Info Hash: 14B5D2AE50DADFE9402EAD952F7BA026CCCA9DB4<br>File Hash: EF8B9E2FCDC606FEE1B0C333BF4EB5A9ABADBB54368521403D8D0499FD859F89 | 05-15-2023 04:01:35 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 20 | Info Hash: BA837EB15A56A07ABA79E60D5D1C696419D4A44F<br>File Hash: 8B2E742B457AB3FDB46A1DCFF4B61B950DBCA1E4944709E4ACE78F8617178CFE | 05-08-2023 04:01:13 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 21 | Info Hash: 732813BB2180BDE9475B1630CCE9364D0C069228<br>File Hash: A0C0E5FF9FB0A72DF42E4CFBF3DCE9FB22CDE152D96D350510E350015045EFFE | 05-08-2023 03:46:03 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 22 | Info Hash: E8B837C74A5ED26B9EA5C550E4824D2F549AF32B<br>File Hash: 310C061426C2D36F3057E7CCFD6B85D21746F57D96E1E25B4841D0B307E22491 | 04-30-2023 05:10:02 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 23 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash: EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 04-27-2023 03:04:49 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash: 15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-27-2023 03:04:47 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 25 | Info Hash: 2D43246E337D836FBDA1D3C9D1B574B067658953<br>File Hash: 982099D4D8CBB068D78FEE4FF47B9E350092FA563CED821BDC86E6B2D8A893CC | 04-27-2023 03:03:57 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 26 | Info Hash: AEAF023FAC1652EC54FFF10B490E9ED6A4C1EF20<br>File Hash: E1E20F7C1579BC38D7CE42E9F2EC7C92F118BDC4AB8949C1142CC811F979CD31 | 04-14-2023 04:16:33 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 27 | Info Hash: 994245AD57833764D6F6ECE9409B3096B92E1EA6<br>File Hash: 24C7F548715A681F0E3D108CEF79DC3AEE3FEF4ABEC69DBA751C116340DC7064 | 04-14-2023 02:05:05 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 28 | Info Hash: 62487C8A062F70517453A1191B1E6C7C2F497CAA<br>File Hash: C0857266EE1E8356020C79198F0ACA0F54AA3636E1681EB36577CC08CAEB3E8C | 04-10-2023 00:27:40 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 29 | Info Hash: 687BF229F885DE53EFCBBD498806CFE0B189E9DB<br>File Hash: 327979B2687E1219524B3C33CEA00B5AF2264AF76632DEB7AE5E1F8F22D56F2E | 04-08-2023 04:46:36 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 30 | Info Hash: 6986865E880CC7514EDC349215F0723011F5CFA9<br>File Hash: 37325896470544A1210F26EF112AB857CC4839E03DB2C8966FFE26736FFFF8F0 | 03-31-2023 01:57:00 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 31 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash: 345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03-27-2023 04:24:06 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 32 | Info Hash: F37A59D2C8800474287D6D093A9EA31456C8DDB9<br>File Hash: 7304BF5EFCDA0F9C7D3F8D50E862F127E28725828EAB12DD3F037F6408538AFA | 03-18-2023 07:22:52 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 33 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash: BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 03-18-2023 07:09:45 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 34 | Info Hash: D5B90D45681C50DD77A2C367E42F22356CA0CBCB<br>File Hash: 6F4B1FC425EF82511CDAFC1CCEB20014D7D623D947FF826934E196284408B777 | 03-14-2023 02:20:46 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 35 | Info Hash: D6029FE59BC99E03CB8157A10F5E9F8125199838<br>File Hash: 40CC63F5013CC2C029E88DC2138FA1B6934C57F70963039D892241E9D71394A5 | 03-05-2023 04:41:47 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash: 2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 03-05-2023 04:35:30 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 37 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash: FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 02-24-2023 20:59:53 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 38 | Info Hash: 1A618EF49402930C1C538EF14A6F18918A438983<br>File Hash: 6CADAB282554DF20A5EC1538F9C7B8D56396A85EE63E7E188D8ACD266FE83143 | 02-22-2023 04:56:38 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 39 | Info Hash: 5EA0FC18BF56AD23A07C6AA37FA53DBB0ED63A9A<br>File Hash: 3666EF13C7672CE3F9EDE61C675A4B592F49E471E1FE676527D400E8D7CA1B2E | 02-03-2023 05:16:58 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 40 | Info Hash: 9249EA373C7CFBC0CA5296622DEF12025D4B5274<br>File Hash: EF4E4BAD4C1E682C924EFDF0736D0C94C3EBAAE711257B47ED43C2F22B6EBFBD | 02-03-2023 05:01:27 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 41 | Info Hash: 63CD460C2E1EB0A247A54F5E7519567CFB0FA018<br>File Hash: FE5E598CB30E45DDDF1893D6DCF026ABA2F8A073587C5B338B49D3E08BAD8A50 | 02-03-2023 04:39:56 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 42 | Info Hash: 859CE452D047108C0906D5D7D5D566175C2782D0<br>File Hash: 631FE77C717D6660123AB8DE8B89644C85A8D0BBCAE9FE2FDC3FE161D89F6A75 | 02-03-2023 03:46:52 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 43 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash: 3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-19-2023 02:39:44 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 44 | Info Hash: C0A2ECD28E56C3B0C99FFB648519AE03B45CD352<br>File Hash: 546410AC2AB27879EB515B7BE995E2B772F4D93C2BAF048BC57CB7DED82661A3 | 01-15-2023 04:13:20 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 45 | Info Hash: 5D5214612BC2D8A7518C9A58AE3F5072A1F70670<br>File Hash: A0019190FAD111416102AD4C3EC2F0D05DE6324603675C2144F313771326FC53 | 01-15-2023 04:00:57 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 46 | Info Hash: 4891B2E82A6EEFFBEF043B8C03431E59B95959A1<br>File Hash: 8944359E39663A36899C06437DC61A159EEB33D13E2E56DF88BED1AA57591983 | 01-14-2023 02:54:00 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 47 | Info Hash: F3CBECF9A5AA2043CE3A587FE5A11FA1548D19CF<br>File Hash: 314FCA1CE426E7DBA0D73687F33F6D006927C0AA420BFAFBC071A4DD5F9A00CD | 01-13-2023 04:41:06 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 00C56C20D92364F6582DFFD455CBECFB42580CEB<br>File Hash: 98FCFFFAD004377A839F752D05E1B458CD0CE36DB3BD98D65545D27F32C477EE | 01-13-2023 04:22:13 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 49 | Info Hash: 3537B4247DB06A8D91ADC0AEFB596DC5D59B4BBC<br>File Hash: 83C008AF4813D9AF8399FE11592B7FB9F28D177EEB52EFBD6B70CAF316A9E201 | 12-31-2022 02:50:52 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 50 | Info Hash: 62BD948555F258456716E1888AA972F8907D61BA<br>File Hash: 047CD9D202B3C0282B6EA20DC04B809504812369D81AAF55E9D6AD8F904F3198 | 12-30-2022 04:59:52 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 51 | Info Hash: 21A0C1F6EDFFE6178F8B30D4149B102FA5DFA840<br>File Hash: 50164D884362AB49B6502AB30A1480995FE81AF17741ACFD55EA695A3EE8083F | 12-30-2022 03:53:08 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 52 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-13-2022 04:23:48 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 53 | Info Hash: F40926CD454C2FA1BA80F98FF72792BFAC73B4DE<br>File Hash: A62BEA838E5EB94261ADF283422A0BA02F34D9250E11DAE00E8F97D221E41DBA | 12-13-2022 04:08:01 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 54 | Info Hash: 2D42055181038F36B661B01848EF6CF8A28EAA23<br>File Hash: 045317AD4FD00A7A5645605910781548B559AB18C5861778A3DB0EEC94207C3F | 12-13-2022 03:51:48 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 55 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash: DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 12-12-2022 03:42:41 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 56 | Info Hash: 006A19C3FF1EFC06EB42D767259BF2516AA9DF3C<br>File Hash: 6B63BFCFC63F3A5365A64369EF72BD1FDAEC5D5E83F07E744281C574B4AD6D0E | 12-11-2022 05:47:46 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 57 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 12-07-2022 12:55:48 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 58 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash: 8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 12-07-2022 04:17:24 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 59 | Info Hash: F583EC5D69FB623ABC4CD0C491F767FBBD9331F8<br>File Hash: C0FA6A693407E6ADE2DD2380835D4B07210ADB4DE79588C8F24CF2A2B31948E4 | 11-27-2022 05:33:49 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 72E1A45262D59C0A35175F5F1EA9D658EF135B35<br>File Hash: 560D76365FD31C1E83342D22521944C4E5688A679F82ECA328D48797C1539887 | 11-24-2022 06:54:01 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 61 | Info Hash: AAF68C34A4E4FD1D9E52C8FC22FCC89DD93BB443<br>File Hash: A3217C702E970384C109FA0671A864D7204F58B3C993697954629E6D9CB11903 | 11-11-2022 03:50:29 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 62 | Info Hash: 3289862151F3F22F39D839F83AE3A4FBB5A9EF8E<br>File Hash: 47DF7E09EAED11BF1378F298D546506A5928ED8A35A6C9D504D9D2D7DC1CD9EB | 11-11-2022 03:50:19 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 63 | Info Hash: 3CC0DA79D3ADEED3996E1BF451BD03CE139AF252<br>File Hash: E10FEDAF4F7AC9AD10B102BBC8AEC0862AE60F1B17EB17809768F783FED2F873 | 11-05-2022 07:18:08 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 64 | Info Hash: 3D66755C8BC977312D77CB65FA8995558A890EF1<br>File Hash: CE33D1A2D7CF664F8561848FAE519F184FF5A3C237A9CC79E59B4CFD219E4A84 | 11-05-2022 06:40:03 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 65 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash: 4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 11-05-2022 06:22:06 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 66 | Info Hash: 719C65D6191B5FF637ABE3164005C36EA313EA4D<br>File Hash: 716A4CE5DBD8217ABBF5B045B4B9E6A7F5CF8AB3AFEA29D21184478EEB384C25 | 10-24-2022 02:39:45 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 67 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash: 5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-24-2022 01:37:42 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 68 | Info Hash: D47E01E2CA5037A23C4261C7797EE76B7835A88E<br>File Hash: A93CFA441DEEA9ACA5EFC97EA3735CEF22C1180174598230CB1F69A6900B005E | 10-24-2022 01:26:30 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 69 | Info Hash: 3EE5D80B448A730C574C386E6930A9712ADFD32F<br>File Hash: 93875F1E92E75E03DEAFE02068F98DD0008C5C7D06713DF84A6BA77923BD38BB | 10-23-2022 04:49:12 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 70 | Info Hash: 8FF68BF286B745BBD7C5A16C3C2FF22F609821A6<br>File Hash: 91E772999E32C2DAC35ED31677B9E82471C4DD0A655A91815690EBDDC2FEE17A | 10-23-2022 04:33:55 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 71 | Info Hash: 03B6BB24DA9C4E80EA798BFC2896AF206AD038C5<br>File Hash: 7677CE41C30DA090BB1E8AA6B71C9C9171E5A8A7E333B829865B315804350A16 | 10-23-2022 04:23:38 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: CED7880DF2AA6EF8109100E0EA980C41874622E8<br>File Hash: D5B51EF2B39F4DED5C4AFA7960434E39FECAF22A9CF71C2786AC6ADBB07DD4E9 | 10-11-2022 02:04:16 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 73 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10-11-2022 01:45:50 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 74 | Info Hash: CC16D8069A00533E154BE945252392C5B6D09FE6<br>File Hash: 3AC6ED60709233778F4852EA70622A51EB9F9EC6F75A0BE109859A92F7F984BE | 09-29-2022 01:09:05 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 75 | Info Hash: 81DAD957AB34C78773FDF2A383F55B6B0D3318A0<br>File Hash: 3D0BBB2A6D594F436D705FE878A2BEBE47523F0A27927C6B797BC4AB1143E6B6 | 09-10-2022 05:14:25 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 76 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash: 00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 09-10-2022 05:02:08 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 77 | Info Hash: 05A6931E9044BA7F3C643F698C5CFD742071A83E<br>File Hash: 009B8E5F74858C3059EEBDCF39E519AB6C36919257790A85F128DB6C9CD68B17 | 09-10-2022 05:01:50 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 78 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash: 5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 09-04-2022 05:38:49 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 79 | Info Hash: 95505D61714FFB8D1CAF8705030B81CE51F3A19B<br>File Hash: B8AA21BB37C16CA8759EC603E9F67A617F87E4373D6AFD1C83300B78A7ED257E | 09-04-2022 05:35:00 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 80 | Info Hash: BF50B8C1AC6DACF14BBEC4F817477AE5BF3F17BA<br>File Hash: 3B92E9400800C55858459D63D664420971CE942B0E4820F14528A180A303A4A4 | 08-25-2022 03:14:57 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 81 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash: 0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 08-18-2022 02:39:17 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 82 | Info Hash: 58A25091CD7082C8A3F23D06588884E6627754CB<br>File Hash: A1B09A0C5890A45281A3C26F4EA4F23147E86DFE704B592DCAC3FAAFD5F30B64 | 08-18-2022 02:34:28 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 83 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 08-12-2022 02:45:56 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 7C778D25948F4DFA7FFB9D878C62336240A1ECF8<br>File Hash: 522EA9030EC0239604E22AE3446D390E148479CE7E153E4FCF81098C7707970B | 08-05-2022 03:11:38 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 85 | Info Hash: 16DCEAB11B014672CF215062BF10313CBEF5B0A2<br>File Hash: BDFBEF79B0044C2F9C1893C95F37C78C9D37C3E9523EBB3722D20EB7E95D4CAC | 07-29-2022 03:45:20 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 86 | Info Hash: 3B37C1EA3D5C559642EFB1989022683E55102FEE<br>File Hash: B18A02CD77883EF5121CBD98BFC22A9C16AD954E3CFF6383D242DFDFC0C93377 | 07-26-2022 14:54:50 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 87 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-19-2022 02:38:45 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 88 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-19-2022 02:36:08 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 89 | Info Hash: A596EB14ED6C28A544B780E23FDA20230DEC937A<br>File Hash: 53C753C0F8B9697F31F043986735D0058591A67E625073572A5204F24C4C9FED | 07-04-2022 06:11:46 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |